December 19, 1910.

————o————

4109.

(Court of Appeal, Parish of Orleans).

## L. GRUNEWALD COMPANY, LIMITED vs. MISS. A. WILLIAMS.

Appeal from the Civil District Court, Division "A."

Dinkelspiel, Hart & Davey, for plaintiff and appellant.

E. P. Kleinert, Pierre D. Olivier, for defendant and appellee.

DUFOUR, J.—On motion herein on file of counsel for both parties, it is ordered that the appeal in the above entitled and numbered cause be discontinued.

December 19, 1910.

————————o————————

## 5163.

(Court of Appeal, Parish of Orleans).